**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: JOHN BEVERLY | § | CASE NO: 05-46404-H4-3 |
| DAIGLE | § | |
| SOPHIFIA DAIGLE | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

---

**MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY**
**PURSUANT TO 11 U.S.C. §347 (a)**

---

**PURSUANT TO** 11 U.S.C. §347 (a), David G. Peake, Chapter 13 Trustee respectfully reports that:

More than  ninety (90) days has passed since the final distribution. Funds payable to the creditor listed on Exhibit "A" hereto remains unclaimed.

**WHEREFORE PREMISES CONSIDERED,** DAVID G. PEAKE, Chapter 13 Standing Trustee respectfully prays that this Court authorize the Trustee to deposit these funds into the registry of the United States District Court, and grant the Trustee such other and further relief as he may show himself or Debtor's Estate justly entitled.

Date: 5/9/2011                                        Respectfully Submitted,


                                        /s/  David G. Peake
                                        _____

                                        David G. Peake, Trustee
                                        Admissions I.D. #3857
                                        9660 Hillcroft, Ste 430
                                        Houston, TX  77096
                                        713-283-5400

**EXHIBIT "A"**

| | | |
|---|---|---|
| IN RE: JOHN BEVERLY DAIGLE | § | CASE NO: 05-46404-H4-3 |
| SOPHIFIA DAIGLE | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

---

**UNCLAIMED FUNDS**

---

| NAME & ADDRESS: | CLAIM NO: | AMOUNT |
|---|---|---|
| **CHEVRON CREDIT BANK**<br>**2001 DIAMOND BLVD.**<br>**PO BOX 5010 SECT 230**<br>**CONCORD, CA  94524** | **18** | **$18.34** |

**TOTAL FOR UNCLAIMED FUNDS**                    **$18.34**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: JOHN BEVERLY | § | CASE NO: 05-46404-H4-3 |
| DAIGLE | § | |
| SOPHIFIA DAIGLE | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

---

**CERTIFICATE OF SERVICE OF MOTION TO PAY INTO**
**THE COURT REGISTRY PURSUANT TO 11 U.S.C. § 347(a)**

---

I hereby certify that on 5/9/2011 ,a true and correct copy of the foregoing Motion to Deposit Funds into the court Registry Pursuant to 11 U.S.C. §347(a) was served via the U.S. Postal Service, first class mail, postage prepaid as shown on Exhibit A.

/s/  David G. Peake

David G. Peake,
Chapter 13, Trustee